```
                 IN THE UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF GEORGIA
                          COLUMBUS DIVISION
```

HENRY LEE CALHOUN,                  *

      Petitioner               *

vs.                                 *
                                            CASE NO. 4:01-CR-23 (CDL)

UNITED STATES OF AMERICA,           *
                                            CASE NO. 4:04-CV-116 (CDL)

      Respondent               *

## O R D E R

The Magistrate Judge in his Report and Recommendation dated August 18, 2005 recommends that the Petitioner be re-sentenced. The Government does not object to the Magistrate Judge's recommendation that the Petitioner be re-sentenced. The Court adopts the Report and Recommendation of the Magistrate Judge and makes it the Order of this Court. Accordingly, Petitioner shall be re-sentenced.

IT IS SO ORDERED, this 12th day of October, 2005.

                                                        S/Clay D. Land
                                                          CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE